United States District Court
Southern District of Texas
**ENTERED**
July 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONEL ENRIQUE DOMINGUEZ OROZCO, | § § § § § | |
| Petitioner, | § | |
| VS. | § § | CIVIL ACTION NO. 4:26-CV-03568 |
| RAYMOND THOMPSON, *et al.*, | § § § | |
| Respondents. | § | |

## ORDER

On May 2, 2026, Petitioner Leonel Enrique Dominguez Orozco ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. Doc. #1. On June 8, 2026, Respondents informed the Court that Petitioner would voluntarily depart from the United States on June 17, 2026. Doc. #6. Since then, however, the Court has not received an update from the parties.

Accordingly, the parties are ORDERED to file a status report no later than July 3, 2026, advising whether Petitioner remains in immigration custody or has voluntarily departed from the United States.

It is so ORDERED.

JUN 3 0 2026

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge