United States District Court
Southern District of Texas
**ENTERED**
July 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONEL ENRIQUE DOMINGUEZ OROZCO, | § § § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-CV-03568 |
| RAYMOND THOMPSON, *et al.*, | § § § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner Leonel Enrique Dominguez Orozco's ("Petitioner") Petition for Writ of Habeas Corpus. Doc. #1. Respondents have advised the Court that Petitioner has voluntarily departed the United States. Doc. #8. A habeas petition challenging only a petitioner's detention, and not the underlying removal proceedings, becomes moot once the petitioner is released from custody. *See Mena v. Barr,* No. 1:20-CV-151, 2020 WL 8093649, at *2 (S.D. Tex. Dec. 14, 2020), *report and recommendation adopted,* 2021 WL 124330 (S.D. Tex. Jan. 13, 2021) ("This District has regularly recognized that a petitioner's claim for habeas relief becomes moot upon his release from ICE custody (by removal or under supervision)"). Here, Petitioner challenges only the legality of his detention and seeks release from custody. Doc. #1. Because Petitioner has now been released, the Court can no longer grant effective relief. Accordingly, Petitioner's request for relief under 28 U.S.C. § 2241 is DISMISSED AS MOOT. This is a final judgment. The Clerk is DIRECTED to close this case.

It is so ORDERED.
JUL 0 7 2026

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge